NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIE C. JONES<br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF HACKENSACK, et al,<br>　　　　Defendants. | Civil Action No.: 10-3004(JLL)<br><br><br><br>**ORDER** |

For the reasons stated herein, it is on this 22 day of November, 2010, hereby

**ORDERED** that, pursuant to 28 U.S.C. § 1915, Plaintiff's application to proceed in forma pauperis is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B); and it is further

**ORDERED** that Plaintiff is hereby granted thirty (30) days from the date of this Order in which to amend his Complaint; and it is further

**ORDERED** that if Plaintiff fails to amend his Complaint within the time specified above, the Complaint will be dismissed with prejudice and the matter will be **CLOSED**.


DATED: November 22, 2010

/s/ Jose L. Linares
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE